UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>JEFFREY R. HUNDT<br><br>Debtor 1<br><br>KARLA M. HUNDT<br><br>Debtor 2<br><br>―――――――――――――――<br>FARM CREDIT SERVICES OF AMERICA, PCA<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY ROBERT HUNDT and KARLA MARIE HUNDT,<br><br>Defendants. | CHAPTER 12<br><br>BANKRUPTCY CASE NO: 19-01014-lmj12<br><br>Adversary No. 19-30043<br><br>STIPULATION RE: SCHEDULING |

COMES NOW the parties in the above-captioned case, through their undersigned attorneys and stipulate to the following:

## PART 1

1. **PLEADINGS** shall be closed on January 15, 2020.

2. **DISCOVERY** shall be closed on January 15, 2020.

The parties reasonably anticipate using the following methods of discovery:

| Method | Plaintiff | Defendants |
|---|---|---|
| A. Depositions (oral questions) | x | |
| B. Depositions (written questions) | | |
| C. Written Interrogatories | x | x |
| D. Production of Documents/Things | x | x |
| E. Request for Admissions | x | x |

3. **DISPOSITIVE MOTIONS** to be filed January 15, 2020. The parties reasonably anticipate the following dispositive motions:

| Dispositive Motion | Plaintiff | Defendant |
|---|---|---|
| A. Motion to Dismiss | | |
| B. Motion for Summary Judgment | | |
| C. Other | | |

## PART II

4. **STATEMENT OF FACTS**. As identified the parties at this juncture in the case:

   a. The Defendants are Jeffrey Robert Hundt and Karla Marie Hundt filed a voluntarily petition for relief under Chapter 12 of Title 7 of the United States Code (the Code) in this Court on May 3, 2019.

   b. The Debtors in Case No. 19-01014 submitted schedules and statements of affairs which were sworn to under oath under penalty of perjury that the information provided in those schedules was true and correct to the best of the Debtors' knowledge, information and belief.

   c. Prior to filing the Chapter 12 Petition the Iowa District Court for Harrison County Iowa, Case No. EQCV020178, *Farm Credit Services of America, PCA vs. Jeff Hundt and Karla Hundt* entered a judgment for a Writ of Replevin in favor of Farm Credit Services of America, PCA.

   d. On or about August 26, 2014, Jeffrey Hundt and Karla Hundt ("Debtors") executed and delivered to FCSAmerica a promissory note in the initial principal sum of $250,000.00 for an Operating Loan (hereinafter "**Loan 101**"), payable in full on April 1, 2015. On or about June 17, 2015, Debtors executed and delivered to FCSAmerica a renewed promissory note, (hereinafter **Loan 101 #2**) in the initial principal sum of $250,000.00, payable in full on April 1, 2016. On or about March 2, 2016, Debtors executed and delivered to FCSAmerica a renewed promissory note (hereinafter **Loan 101 #3**) in the initial principal sum of $250,000, payable in full on April 1, 2017.

   e. To secure Loan 101, Debtors granted a security interest in all accounts, deposits accounts, general intangibles, and other rights to payment, crops,

livestock, feed and grain, equipment, and inventory owned by Debtors. To secure Loan 101 #2, Debtors granted a security interest in all collateral secured by said Security Agreement. To secure Loan 101 #3, Debtors granted a security interest in all goods and equipment, farm products, inventory and goods, accounts, general intangibles and other rights to payment, books and records, products and proceeds owned by Debtors.

f. On or about April 11, 2017, Debtors executed and delivered to FCSAmerica a renewed promissory note, (hereinafter Note **3084443**) in the initial principal sum of $60,000, payable in full on July 1, 2017. On or about August 1, 2017, Debtors executed and delivered to FCSAmerica a Loan Agreement Amendment for Note 308443, extending the maturity date of the Note to March 1, 2018.

g. On or about August 26, 2014, Debtors executed and delivered to FCSAmerica a promissory note, (hereinafter **Loan 151**) in the initial principal sum of $150,000.00, payable annually in the amount of $34,529.29 beginning on October 1, 2015 and ending on October 1, 2019.

h. On or about September 19, 2014, Debtors executed and delivered to FCSAmerica a promissory note for an Installment Loan (hereinafter **Loan 152**) in the initial principal sum of $30,000.00, payable annually in the amount of $6,947.65 beginning on December 1, 2015 and ending on December 1, 2019.

i. The purpose of said notes was to finance farming operations.

j. FCSAmerica perfected its security interest in its collateral by filing with the Iowa Secretary of State UCC Financing Statements.

k. The Debtors are in default of their obligations to FCSAmerica under the above-referenced notes and guarantees due to their failure to comply with or to perform when due, all terms, obligations, covenants and conditions contained in said notes and guarantees, including the failure to pay the notes when due and/or according to their terms.

l. On or about April 26, 2018, FCSAmerica sent to Debtors a Notice to Remit Proceeds from Sale of Collateral.

m. On May 15, 2018, a Forbearance Agreement was reached between FCSAmerica and the Debtors. Said agreement was executed and signed by FCSAmerica, Jeffrey Hundt, and Karla Hundt.

n. On May 15, 2018, Debtors provided FCSAmerica with a List of Prospective Buyers, Commission Merchants, and Selling Agents ("List"), including: Bunge North America, in Council Bluffs, Iowa; The Scoular Company, in Hancock, Iowa; Denison Livestock, in Denison, Iowa; Cargill, in Council Bluffs, Iowa; and Dunlap Livestock, in Dunlap, Iowa.

o. On or about September 24, 2018, FCSAmerica sent a letter notifying the Debtors that they were in default under the terms of the Forbearance Agreement, specifically, section 6G called for a payment of $10,000 on or before August 10, 2018 from the sale of calves and section 6H called for a payment of $100,000 from the sale of machinery and equipment (M&E) on or before September 15, 2018.

p. On November 9, 2018, FCSAmerica sent a letter notifying the Debtors that **Loan 101, Loan 151, Loan 152, and Loan 3084443** were declared in default and the entire unpaid balance, all accrued interest and other amounts outstanding were due and payable in full.

q. On May 17, 2019 the Defendants Jeffrey Robert Hundt and Karla Marie Hundt filed Statement of Financial Affairs for individuals filing for bankruptcy (Official Form 107) and disclosed therein in paragraph 18 that they sold soybeans to Archer Daniel Midland (ADM) between October 18, 2019 and March 19, 2019 and received proceeds in the amount of $94,078.92.

r. The Debtors did not remit proceeds from the sale of the soybeans to ADM to Plaintiff as instructed by the notice.

s. Whether Defendants Jeffrey Robert Hundt and Karla Marie Hundt should be denied a discharge of the obligation to Plaintiff Farm Credit Services of America, PCA pursuant to a11 U.S.C. Section 523(a)(4) and 11 U.S.C. 523(a)(6).

5. **WITNESSES** as identifying this case as
    a. Jeffrey Robert Hundt
    b. Karla Marie Hundt,
    c. Sean Skaggs with Farm Credit Services of America, PCA
    d. Jay Jolley with Farm Credit Services of America, PCA
    e. Representative of Town & Country Credit Union
    f. Representative of Archer Daniel Midlands

## PART III

6. **SETTLEMENT OR TRIAL STIPULATION RE FACTS**: The parties shall file a consent order disposing of the case or trial stipulation. Facts, issues, exhibits and witnesses with the Clerk of the Bankruptcy Court no later than January 15, 2020.

Respectfully submitted,

CUNNINGHAM & KELSO, P.L.L.C.

By: /s/ Michael J. Cunningham
Michael J. Cunningham, AT0001829
2830 100th Street, Suite 106
Urbandale, Iowa 50322
Phone No.: (515) 278-4200
Facsimile No.: (515) 278-4655
E-mail: mcunningham@urbandalelaw.com
ATTORNEYS FOR FARM CREDIT
SERVICES OF AMERICA, PCA

/s/ Donald H. Molstad
Donald H. Molstad
Molstad Law Firm
701 Pierce St., Ste 305
Sioux City, IA 51101
ATTORNET FOR DEBTORS

CERTIFICATION OF SERVICE

The foregoing instrument was served on all parties herein either by e-mail as shown by the Notice of Electronic Filing through CM/ECF system or by sending a copy via First Class Regular Mail to each party not served via e-mail on October 8, 2019.